**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0001035
13-NOV-2013
08:39 AM**

NO. CAAP-13-0001035

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
JULIE ANN KUUIPO LALAWAI, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 12-1-1626)

ORDER APPROVING THE OCTOBER 22, 2013
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed October 22, 2013, by Defendant-Appellant Julie Ann Kuuipo Lalawai (Appellant), the papers in support, and the record, it appears that (1) the stipulation is dated and signed by counsel for both parties; (2) the parties seek dismissal of the appeal pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b); and (3) attached to the stipulation is a declaration signed by Appellant that reflects a knowing and intelligent understanding of the consequences of the dismissal of the appeal, and that the withdrawal is made voluntarily, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.

DATED: Honolulu, Hawai'i, November 13, 2013.

Chief Judge

Associate Judge

Associate Judge